# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0827. FENG v. THE STATE.**

This Court granted an application for discretionary appeal filed by Shaw Feng, challenging the trial court's revocation of his probation. After thorough consideration of this case, including a review of the relevant law and the entire appellate record, we have determined that the law and evidence authorized the findings and conclusions made in support of the trial court's decision. Accordingly, the application for discretionary appeal having been improvidently granted, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  07/06/2021*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*